KENJI M. PRICE #10523
United States Attorney
District of Hawaii

NICOLE R. LOCKHART
Trial Attorney
United States Department of Justice, Criminal Division
Public Integrity Section
1331 F St., NW, Suite 300
Washington, DC  20004
Telephone:  (202) 514-0188
Email:  Nicole.Lockhart@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF NICOLE R. LOCKHART TO PRACTICE BEFORE THE COURT | MISC. NO.<br><br>APPLICATION TO APPEAR ON BEHALF OF THE UNITED STATES; DECLARATION OF NICOLE R. LOCKHART |

APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaii, NICOLE R. LOCKHART, attorney for the United States of America hereby notifies the Court of her intention to appear before this Court on behalf of the United States and to attend to the interests of the

United States during the period of her employment by the United States with leave to do so. A declaration in support of this is filed herewith.

DATED: August 27, 2020, at Washington, District of Columbia.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii


        */s/ Nicole R. Lockhart*
By_____
        NICOLE R. LOCKHART
        Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE:  APPLICATION OF NICOLE R. LOCKHART TO PRACTICE BEFORE THE COURT _____ | ) ) ) ) | MISC. NO. DECLARATION OF NICOLE R. LOCKHART |

## DECLARATION OF NICOLE R. LOCKHART

1. I am a Trial Attorney in the Public Integrity Section, Criminal Division, United States Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the State of Texas.

I declare, upon penalty of perjury, that the foregoing is true and correct.

DATED:  August 27, 2020, at Washington, District of Columbia.

*/s/ Nicole R. Lockhart*
_____
NICOLE R. LOCKHART
Trial Attorney